# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS,<br><br>    Plaintiff,<br><br> v.<br><br>TIMOTHY JOHN HARDT, et al,<br><br>    Defendants. | Case No.: 1:10-cv-02283 AWI JLT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

  This matter is related to <u>Dell Donne v. Hardt, et al.</u>, case number 1:10-cv-02014 AWI JLT. The scheduling conference in that matter is set on March 30, 2011, though the scheduling conference in the instant case is set on March 23, 2011. Therefore the Court **ORDERS**:

  1. The Scheduling Conference currently set on February 23, 2011, will be continued **<u>to March 30, 2011 at 9:00 a.m.</u>**;

  2. The Scheduling Conference SHALL be telephonic and all counsel, except local counsel, SHALL appear by telephone. Local counsel may appear by telephone if they prefer. Counsel SHALL determine who will originate the conference call. Once all counsel are on the line, the call shall be placed to Magistrate Judge Thurston's chambers at (661) 326-6624;

  3. A Joint Scheduling Conference Statement SHALL be filed in each case and an

electronic copy of both joint statements shall be e-mailed to JLTOrders@caed.uscourts.gov, no later than seven days before the conference.

IT IS SO ORDERED.

Dated:  **February 28, 2011**                                      **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE