# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HILDA L. SOLIS, | ) | Case No.: 1:10-cv-02283 AWI JLT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATION TO |
| v. | ) | CONTINUE SCHEDULING CONFERENCE |
| | ) | |
| TIMOTHY JOHN HARDT, et al, | ) | (Doc. 34) |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is related to Dell Donne v. Hardt, et al., case number 1:10-cv-02341 AWI JLT. On September 7, 2011, the Court granted in part and denied in part Defendants' motion to dismiss and granted leave to amend. On September 26, 2011, Plaintiff filed her First Amended Complaint.

The scheduling conference in that matter and the instant matter is September 29, 2011. However, because the pleadings in the Dell Donne matter continue to be unsettled, the Court **GRANTS** the stipulation to continue the scheduling conference to October 20, 2011 at 10 a.m. Therefore, the Court **ORDERS**:

1. The Scheduling Conference currently set on September 29, 2011, will be continued **to October 20, 2011 at 10:00 a.m.**;

2. A Joint Scheduling Conference Statement SHALL be filed in both cases and an

1

electronic copy of both joint statements shall be e-mailed to JLTOrders@caed.uscourts.gov, no later than seven days before the conference.

3. The parties are advised that the Court **SHALL** proceed with the scheduling conference on October 20, 2011 whether a further motion to dismiss is filed.

IT IS SO ORDERED.

Dated:  **September 27, 2011**                              /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE