UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA SOLIS,<br><br>       Plaintiff,<br><br>   v.<br><br>TIMOTHY JOHN HARDT, MARK DELL DONNE, and the JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401(K) PLAN,<br><br>       Defendants. | 1:10-CV-2283 AWI JLT<br><br>ORDER VACATING HEARING DATE OF JUNE 4, 2012 |

    Plaintiff, Mark Dell Donne, and Journey Electrical Technologies, Inc. 401(k) Plan have come to a settlement of all claims between them. The settlement has been approved. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 4, 2012, is VACATED.

IT IS SO ORDERED.

Dated:   May 31, 2012                                       _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE