IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA SOLIS,<br><br>        Plaintiff,<br><br>   vs.<br><br>TIMOTHY JOHN HARDT, et al.,<br><br>        Defendants. | Case No.: 1:10-cv-02283 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

On September 14, 2012, the parties notified the Court that they had reached a settlement of the matter. They indicated that they would file a proposed consent decree on the same date but have not done so.

Pursuant to this Court's Local Rule 160, this Court **ORDERS**:

1. No later than October 5, 2012, the parties **SHALL** file their proposed consent decree;

2. All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**;

///

///

///

1

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **September 26, 2012**                              **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE