IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA SOLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY JOHN HARDT, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-02283 AWI JLT<br><br>ORDER TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED |

On October 31, 2012, the Court ordered into effect the consent decree entered into between Plaintiff and Timothy John Hardt.  (Doc. 56)  On June 28, 2013, the Court ordered into effect the amended partial consent decree between Plaintiff and Mark Dell Donne and Journey Electrical Technologies, Inc. 401(k) Plan.  (Doc. 58)  A satisfaction of this decree was filed on June 28, 2013.  (Doc. 59)  Since this time, no further action has been taken in this case by any party.  Therefore the Court **ORDERS**:

    1.    No later than May 19, 2014, the parties **SHALL** show cause in writing why this matter should not be dismissed;

///
///
///
///

1

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **May 5, 2014**                                        /s/ Jennifer L. Thurston
                                                                                  UNITED STATES MAGISTRATE JUDGE