IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA SOLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY JOHN HARDT, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-02283 AWI JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 62)<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS MATTER |

On May 5, 2014, the Court ordered the parties to show cause why the matter should not be dismissed. (Doc. 61) This was based upon the fact that on October 31, 2012, the Court ordered into effect the consent decree entered into between Plaintiff and Timothy John Hardt. (Doc. 56) Likewise, the OSC was based upon the June 28, 2013 order effectuating the amended partial consent decree between Plaintiff and Mark Dell Donne and Journey Electrical Technologies, Inc. 401(k) Plan (Doc. 58), and the satisfaction filed on June 28, 2013. (Doc. 59)

On May 16, 2014, Plaintiff filed a response to the OSC indicating that, though closing the matter was appropriate, dismissing it could undermine the effectiveness of the consent decrees. (Doc. 62) On May 19, 2014, Defendants Dell Donne and Journey Electrical Technologies, Inc. 401(k) Plan filed their response indicating they had no objection to the matter being resolved as Plaintiff indicated. (Doc. 63)

Therefore, the Court **ORDERS**:

1.    The order to show cause is **DISCHARGED**;

2. The Clerk of the Court is **DIRECTED** to close this matter as having been resolved through the consent decrees. (Docs. 56, 57, 58)

IT IS SO ORDERED.

Dated:   **May 19, 2014**                              **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE